UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S-06-0451 |
| v. | ) | |
| | ) | |
| MICHAEL BLANCHE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                        ( ) Ad Testificandum

Name of Detainee:     MICHAEL BLANCHE
Detained at (custodian):     CONTRA COSTA COUNTY JAIL
Detainee is:     a.)     (X) charged in this district by:   (X) Indictment   ( ) Information   ( ) Complaint
                            charging detainee with: <u>ATTEMPTED ARMED BANK ROBBERY, AIDING AND ABETTING; ARMED BANK ROBBERY, AIDING AND ABETTING; USE OF A FIREARM</u>

    or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     (X) return to the custody of detaining facility upon termination of proceedings
    or     b.)     ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:     /s/ WILLIAM S. WONG
Printed Name & Phone No:     WILLIAM S. WONG, (916) 554-2700
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 9, 2007.

_____
United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):     _____    Male
Booking or CDC #:     2005018691     DOB:
Facility Address:     West County Detention Facility,     Race:
    5555 Giant Highway, Richmond, California     FBI #:
Facility Phone:     (510) 262-4200
Currently Incarcerated For:     No Bail Warrant/U.S. Marshal's Hold Re: Current Charges

### RETURN OF SERVICE

Executed on     _____     By: _____
                                                   (Signature)