UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MICHAEL WAYNE BLANCHE,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CIV. NO.  2:16-01353 WBS<br>CR.  NOS. 2:06-00451-05 WBS<br>           2:05-00243-03 WBS<br><br><u>ORDER</u> |

----oo0oo----

On June 15, 2016, petitioner Michael Wayne Blanche filed a successive motion pursuant to 28 U.S.C. § 2255. The United States shall file an opposition to petitioner's motion no later than July 22, 2016. Petitioner may then file a reply no later than August 5, 2016. The court will then take the motion under submission and will inform the parties if oral argument or

1

further proceedings are necessary.

        IT IS SO ORDERED.

Dated:  June 21, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE