UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MICHAEL WAYNE BLANCHE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CR. NOS. 2:06-00451-05 WBS<br>　　　　2:05-00243-03 WBS CKD<br><br><br>ORDER |

----oo0oo----

　　　　IT IS HEREBY ORDERED that petitioner's motion pursuant to 28 U.S.C. § 2255 (Docket No. 186) is referred to the assigned Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).  The previously set briefing schedule (Docket No. 187) shall remain in effect.

　　　　IT IS SO ORDERED.

Dated:  July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1