1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No.  2:06-cr-0451 WBS CKD P

12              Respondent,

13        v.                                  ORDER

14   MICHAEL BLANCHE,

15              Movant.

16

17        A review of the court's docket reveals that the motion filed by movant in this action on

18   June 15, 2016 (ECF No. 273) and pursuant to 28 U.S.C. § 2255 was filed in error as movant

19   challenges a conviction and sentence imposed in 2:05-cr-0243 WBS CKD P.  The court will

20   proceed on movant's § 2255 motion in that action.

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.  The Clerk of the Court is directed to administratively terminate movant's June 15,

23   2016 "motion to vacate, set aside or correct sentence . . ." (ECF No. 273).

24        2.  Respondent's July 19, 2016 motion to stay (ECF No. 278) is denied as moot; and

25   /////

26   /////

27   /////

28   /////

                                          1

1        3.  The Clerk of the Court is directed to close the corresponding civil case, 2:16-cv-1353

2  WBS CKD P.

3  Dated:  August 24, 2016

4

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5

6

7

8  1
blan0451.clo

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28