1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MICHAEL BLANCHE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL BLANCHE,

Defendant.

No.  2:05-CR-0243-WBS

(No. 2:06-CR-0451-WBS)

**STIPULATION AND ORDER**

Defendant, MICHAEL BLANCHE, by and through his attorney, John Balazs, and

plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney

Jason Hitt, hereby stipulate to the following schedule regarding defendant's motion for

modification or correction of sentence filed at docket # 176 in no. 2:05-CR-0243-WBS (and at

docket # 268 in no. 2:06-CR-0451-WBS):

Government's response to motion due:           December 15, 2016

Defendant's reply due:                         January 13, 2017

The matter shall then stand submitted absent further order of the court.

///

///

Stipulation and Order                                    1

1    Dated:  November 15, 2016              Dated:   November 15, 2016

2

3    PHILLIP TALBERT
     Acting United States Attorney

4

5    /s/ *JASON HITT*                        /s/*John Balazs*
     JASON HITT                              JOHN BALAZS
     Assistant U.S. Attorney

6

7    Attorney for Plaintiff                  Attorney for Defendant
     UNITED STATES OF AMERICA                MICHAEL BLANCHE

8

9                              **ORDER**

10           IT IS SO ORDERED.

11   Dated:  November 16, 2016

12

     WILLIAM B. SHUBB
13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28