UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MICHAEL BLANCHE,<br><br>           Petitioner,<br><br>   v.<br><br>DAVID SHINN, Warden,<br><br>           Respondent. | Case Nos. 2:05-CR-0243-03 WBS;<br>          2:06-CR-0451-05 WBS<br><br>**ORDER OF TRANSFER** |

----oo0oo----

Pursuant to the stipulation of counsel, and good cause appearing, David Shinn, Warden, is hereby substituted for the United States of America as Respondent, and the matter is hereby transferred to the United States District Court for the Central District of California.

Attorney John Balazs is hereby relieved as counsel, without prejudice to defendant requesting appointment of new counsel in the Central District of California after the matter is transferred.

1

1    IT IS SO ORDERED.
2    Dated:  February 21, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE