John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MICHAEL WAYNE BLANCHE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WAYNE BLANCHE,<br><br>Defendant. | Nos. 2:05-CR-0243-WBS, 2:06-CR-0451-WBS<br><br>**ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**<br><br>Hon. William B. Shubb<br>U.S. District Judge |

Defendant Michael Wayne Blanche, through counsel, hereby applies for an order appointing attorney John Balazs as counsel of record with respect to a motion to reduce sentence under 18 U.S.C. §§ 3582(c)(1)(A) in the above-captioned cases, *nunc pro tunc to October 28, 2020* when counsel first started work regarding a potential compassionate release motion. Mr. Balazs represented Mr. Blanche with respect to a motion to vacate under 28 U.S.C. § 2255 and on appeal from the order denying that § 2255 motion. Mr. Blanche is serving a 240-month federal sentence at FCI Mendota. The Office of the Federal Defender supports this appointment. *See* General Order 595.

                                                  Respectfully submitted,

Dated: January 11, 2021      /s/ John Balazs
                                       John Balazs
                                       Attorney for Defendant
                                       MICHAEL WAYNE BLANCHE

# ORDER

**IT IS SO ORDERED.**

**Dated: January 12, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE